AO91 (Rev. 12/03)   Criminal Complaint                                                                                   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** | **CRIMINAL COMPLAINT** <br> Case Number: 7:16-po-02308 |
| Marco Antonio VILLARREAL <br> IAE A206 144 545 <br> Mexico 1996 | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **February 10, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title  **8**  United States Code, Section(s)  **1325(a)(1)**

I further state that I am a(n)  **Border Patrol Agent**  and that this complaint is based on the following facts:

**Marco Antonio VILLARREAL was encountered by Border Patrol Agents near Hidalgo, Texas on April 11, 2016.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on February 10, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Deleon, Belma  Border Patrol Agent
Signature of Complainant

Deleon, Belma    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 13, 2016                                                                 at     McAllen, Texas
Date                                                                                        City/State

Dorina Ramos            U.S. Magistrate Judge
Name of Judge            Title of Judge                                                          Signature of Judge